IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 NOV -6 AM 10: 37
CLERK
SO. DIST. OF GA.

RAY BENNETT,

    Petitioner,

vs.                              CIVIL ACTION NO.: CV208-019

DEBORAH A. HICKEY, Warden,

    Respondent.

## ORDER

Presently before the Court are Petitioner Ray Bennett's ("Bennett") Objections to the Magistrate Judge's Report and Recommendation. The Government has responded to Bennett's Objections. In his Objections, Bennett contends he seeks discontinuance of the improper practice currently being administered and that the Court is not precluded from addressing the issues he presents.

Bennett's Objections are without merit. The undersigned concurs with the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of the Court. Bennett's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**, without prejudice. Should Plaintiff choose, he may assert his claims in a cause of action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

SO ORDERED, this 6 day of November, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)